UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

TRAVELERS INDEMNITY COMPANY,
TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT, formerly known as THE
TRAVELERS INDEMNITY COMPANY OF
RHODE ISLAND, TRAVELERS CASUALTY
AND SURETY COMPANY, formerly known as
THE AETNA CASUALTY AND SURETY
COMPANY, and TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA, formerly
known as THE TRAVELERS INDEMNITY
COMPANY OF ILLINOIS,

             Plaintiffs,

vs.

NORTHROP GRUMMAN CORPORATION,
NORTHROP GRUMMAN SYSTEMS
CORPORATION,

             Defendants,

*and*

CENTURY INDEMNITY COMPANY, eventual
successor in interest to INSURANCE COMPANY
OF NORTH AMERICA,

             Nominal Defendant.

---------------------------------------------------------------- x

Civil Action No. 16-cv-8778 (KBF)
(HBP) [rel. 12-cv-3040 (KBF)]

MOTION FOR ADMISSION
PRO HAC VICE OF
CYRIL DJOUKENG

ECF CASE

    Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Cyril Djoukeng, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Northrop Grumman Corporation and Northrop Grumman Systems Corporation in the above-captioned action.

    I am in good standing with the bars of the District of Columbia and the State of Maryland, and there are no prior or pending disciplinary proceedings against me in any state or federal court. A certificate of good standing from the District of Columbia Court of Appeals is

annexed hereto as Exhibit A.  A certificate of good standing from the Court of Appeals of Maryland is annexed hereto as Exhibit B.  A proposed Order for Admission Pro Hac Vice is annexed hereto as Exhibit C.  The affidavit required by Local Rule 1.3 is annexed hereto as Exhibit D.

Dated: January 13, 2017

Respectfully submitted,

s/Cyril Djoukeng

Cyril Djoukeng
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-5121
Fax: (202) 778-5121
Email: cdjoukeng@cov.com