UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____              │
│ DATE FILED: March 15, 2018           │
└─────────────────────────────────────┘
```

-------------------------------------------------- X
                     :

TRAVELERS INDEMNITY COMPANY et al.,   :
                     :

                 Plaintiffs,   :

                     :

          -v-           :       16-cv-8778 (KBF)

                     :

NORTHROP GRUMMAN CORPORATION et   :       <u>ORDER</u>
al.,                      :

                     :

                Defendants.   :

                     :

-------------------------------------------------- X

KATHERINE B. FORREST, District Judge:

       The Court has granted the parties' request for an extension of the case

deadlines.  (ECF No. 96.)

       Accordingly, trial shall now commence on **Monday, November 26, 2018.**

       SO ORDERED.

Dated:      New York, New York
            March 15, 2018

                             _____
                              KATHERINE B. FORREST
                          United States District Judge