```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
THE TRAVELERS INDEMNITY COMPANY,                              :
et al.,                                                       :
                                  Plaintiffs,                 :    16 Civ. 8778 (LGS)
                                                              :
                -against-                                     :    ORDER
                                                              :
NORTHROP GRUMMAN CORPORATION, et                              :
al.,                                                          :
                                  Defendants.  X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letters dated April 16, 2020, Northrop Grumman ("NG") seeks leave to file a motion for summary judgment with respect to Travelers' duty to defend (Dkt. No. 318), and also seeks leave to file a motion for summary judgment with respect to Century's duty to defend (Dkt. No. 319). It is hereby

**ORDERED** that, by **May 1, 2020**, Travelers and Century shall each file a letter, not to exceed 3 pages, responding to NG's respective pre-motion letters at Dkt. Nos. 318 and 319.

Dated: April 21, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**