```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
THE TRAVELERS INDEMNITY COMPANY,                             :
et al.,                                                      :
                                                             :
                                  Plaintiffs,                :      16 Civ. 8778 (LGS)
                                                             :
                 -against-                                   :      ORDER
                                                             :
NORTHROP GRUMMAN CORPORATION, et                             :
al.,                                                         :
                                                             :
                                  Defendants.                :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter dated April 3, 2020, Travelers seeks leave to file a motion for summary judgment based on the pollution exclusions in certain of Travelers' policies (the "PE Motion") and motions under Federal Rule 702 and *Daubert* (Dkt. No. 316);

WHEREAS, by letters dated April 16, 2020, Northrop Grumman ("NG") seeks leave to file motions for summary judgment with respect to Travelers' duty to defend (Dkt. No. 318), and with respect to Century's duty to defend (Dkt. No. 319) (the "Duty to Defend Motions").  It is hereby

**ORDERED** that Travelers' PE Motion and any associated *Daubert* motions shall proceed, and NG shall hold the Duty to Defend Motions in abeyance pending resolution of the PE Motion.  It is further

**ORDERED** that by **May 15, 2020**, the parties shall file a joint letter (i) proposing a briefing schedule and (ii) stating the number of anticipated *Daubert* motions, if any.  The Individual Rules on page and exhibit limits will apply to the PE Motion briefing, unless the parties seek leave to file additional pages or exhibits -- explaining the need for such relief -- and such leave is granted.  If any *Daubert* motions are anticipated in the joint letter, the parties shall

provide proposed page and exhibit limits, mindful that *Daubert* briefing should be shorter in length. Briefing shall be as expeditious as reasonably possible, and per the Individual Rules, any requests for extensions of time must include specific justifications for the extension.

Dated: May 11, 2020
      New York, New York

                                **LORNA G. SCHOFIELD**
                               **UNITED STATES DISTRICT JUDGE**