UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
THE TRAVELERS INDEMNITY COMPANY, :
et al., :
                                  Plaintiffs, :        16 Civ. 8778 (LGS)
:
              -against- :        <u>ORDER</u>
:
NORTHROP GRUMMAN CORPORATION, et :
al., :
                                Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter dated May 15, 2020, Travelers, Northrop Grumman ("NG") and Century proposed a briefing schedule for Travelers' motion for summary judgment with respect to certain pollution exclusions (the "PE Motion") and associated *Daubert* motions. The parties also requested certain extensions for page and exhibit limits. It is hereby

**ORDERED** that the proposed briefing schedule is adopted as follows: June 16 -- opening briefs; July 31 -- opposition briefs; August 21 -- reply briefs; September 11 -- submission of hyperlinked-courtesy copies of all filings.

### <u>Travelers' PE Motion</u>

**ORDERED** that the opening and opposition briefs shall not exceed 30 pages each. The reply shall not exceed 12 pages. For the Rule 56.1 statements, Travelers shall be limited to 35 pages, and NG shall be limited to 70 pages. Each party is limited to a total of 225 exhibit pages, excluding joint exhibits. Joint exhibits shall include a summary chart with the relevant policy language. Any exhibits previously filed in this case must be refiled and renumbered as a joint exhibit or a party's exhibit.

### <u>*Daubert* Motions</u>

**ORDERED** that Century is granted leave to join Travelers' *Daubert* motions but may

not make any separate filings with respect to these motions. Travelers/Century and NG may each file a brief -- not to exceed 8 pages -- with general legal principles applicable to the *Daubert* motions, which shall not include any argument. Each individual *Daubert* motion shall be limited to 15 pages for opening and opposition briefs. Each reply shall not exceed 8 pages. Each party's exhibits shall be limited to the expert reports -- each of which shall contain an executive summary and table of contents -- and appendices to the reports. If additional exhibits are necessary for the adjudication of a *Daubert* motion, a party may apply to the Court explaining the need for and length of such exhibits and whether the opposing party consents.

Dated: May 19, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**