UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
THE TRAVELERS INDEMNITY COMPANY, et :
al., :
                              Plaintiffs,     :          16 Civ. 8778 (LGS)
:
         -against-                    :               ORDER
:
NORTHROP GRUMMAN CORPORATION, et al., :
                              Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Northrop Grumman ("NG"), and Travelers and Century (the "Insurers") filed a joint letter motion to approve proposed redactions and seal NG's and the Insurers' summary judgment and *Daubert* briefs, Rule 56.1 statements of fact and responses, and the supporting declarations and exhibits. (Dkt. No. 354). It is hereby

ORDERED that the motion to seal is GRANTED. The unredacted versions of the above-referenced documents will remain sealed, and only the parties and individuals identified in the appendix attached to the letter at Dkt. No. 354 will have access. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006) (internal quotation marks omitted); *see also Nixon v. Warner Commc'ns., Inc.*, 435 U.S. 589, 599 (1978) ("[T]he decision as to access is one best left to the sound discretion of the trial court, a discretion to be exercised in light of the relevant facts and circumstances of the particular case."). The proposed redactions to the above-referenced documents are narrowly tailored and necessary to prevent the unauthorized dissemination of sensitive business information, and to avoid competitive disadvantage.

The Clerk of Court is respectfully directed to close Dkt. Nos. 354 and 424.

Dated: September 10, 2020
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**