UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
THE TRAVELERS INDEMNITY CO. et al., :
                                       Plaintiffs, :    16 Civ. 8778 (LGS)
:
                -against- :       ORDER
:
NORTHROP GRUMMAN CORP. et al., :
                                    Defendants. :
------------------------------------------------------------ :
                                                      X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 17, 2021, the Court issued an Opinion and Order granting Plaintiffs' motion for declaratory judgment precluding Grumman from claiming coverage on policies containing a qualified pollution exception, and denying as moot the parties' motions to preclude expert testimony (Dkt. No. 430). It is hereby

      **ORDERED** that the parties shall file a joint status letter by **October 11, 2021**, advising the Court whether there remain outstanding claims on any policies that do not contain a qualified pollution exception, and propose next steps on how this action should proceed.

Dated: October 4, 2021
       New York, New York

                                                                  LORNA G. SCHOFIELD
                                                   **UNITED STATES DISTRICT JUDGE**