# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

Direct Dial Number
+1-212-455-2846
+1-212-455-2696

E-mail Address
mforshaw@stblaw.com
lneuner@stblaw.com

BY ECF

December 3, 2021

Re: *The Travelers Indem. Co., et al. v. Northrop Grumman Corp., et al.*,
Case No. 1:16-cv-08778-LGS [rel. 1:12-cv-03040-KBF]

The Honorable Lorna G. Schofield
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Schofield:

Pursuant to Rules I.B.1 and I.D.3 of this Court's Individual Rules and Procedures for Civil Cases, we write on behalf of Nominal Defendant Century Indemnity Company and Plaintiffs The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut (together, the "Insurers") to request that the Court issue an order authorizing the filing of two exhibits under seal. The Insurers intend to file these exhibits in connection with their opposition to Defendant Northrop Grumman Corporation's and Northrop Grumman Systems Corporation's ("Grumman") motion for summary judgment that the Insurers have a duty to defend the *Romano* Lawsuit, and in support of their cross-motions that the Insurers owe no defense for the *Romano* Lawsuit.

Grumman has previously requested that the Insurers file under seal or redact certain documents that Grumman has designated as containing "Confidential Information" under the operative Protective Order in this case. *See* ECF 54. "Confidential Information" is defined in relevant part as "any Document or thing that a Party reasonably and in good faith believes to contain confidential information that is not publicly available (such as trade secrets or other confidential research, design, development, commercial or other sensitive information)." *Id.* ¶ 4.c. Pursuant to the Protective Order, documents that contain, reproduce or paraphrase Confidential Information "shall be filed under seal." *Id.* ¶ 17.

The two exhibits that the Insurers request be filed under seal have been designated by Grumman as containing "Confidential Information." The exhibits are: (1) excerpts of a deposition transcript; and (2) a letter between Grumman and its insurer, similar in nature to the

Simpson Thacher & Bartlett LLP

December 3, 2021                                                                 The Honorable Lorna G. Schofield

correspondence subject to this Court's November 15, 2021 Order granting Grumman's request to file exhibits under seal.  *See* ECF 446.

In accordance with the Court's Individual Rules and Procedures for Civil Cases, the Insurers will file these documents under seal electronically through the Court's ECF system. The Insurers are also enclosing an appendix that identifies all attorneys of record who should have access to the sealed documents.

Respectfully submitted,

| /s/ *Mary Beth Forshaw* | /s/ *Shane R. Heskin* |
|---|---|
| Mary Beth Forshaw | Shane R. Heskin |
| Lynn K. Neuner | Adam M. Berardi (*pro hac vice*) |
| Summer Craig | |
| Robert H. Arnay | |
| | WHITE AND WILLIAMS LLP |
| SIMPSON THACHER & BARTLETT LLP | 1650 Market Street |
| 425 Lexington Avenue | One Liberty Place, Suite 1800 |
| New York, N.Y.  10017-3954 | Philadelphia, PA 19103-7395 |
| Telephone:  (212) 455-2000 | Telephone: (215) 864-6329 |
| Facsimile:   (212) 455-2502 | Facsimile: (215) 399-9603 |
| mforshaw@stblaw.com | heskins@whiteandwilliams.com |
| lneuner@stblaw.com | berardia@whiteandwilliams.com |
| scraig@stblaw.com | |
| robert.arnay@stblaw.com | *Attorneys for Nominal Defendant Century Indemnity Company* |
| *Attorneys for Plaintiffs The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut* | |

cc:     All Counsel of Record (via ECF)

Plaintiff's sealing application is **GRANTED** for substantially the reasons stated in Plaintiff's letter. Exhibits 3 and 6 in Dkt. No. 457 shall be sealed with access limited to the parties listed in the appendix at docket number 454.  The Clerk of Court is respectfully directed to close the motion at Docket No. 454.

Dated: December 6, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2

## APPENDIX A:

## All Attorneys of Record Who Should Have Access to the Insurers' Sealed Documents

Mary Beth Forshaw, Esq.
Lynn K. Neuner, Esq.
Summer Craig, Esq.
Robert H. Arnay, Esq.
Jonathan S. Kaplan, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
mforshaw@stblaw.com
lneuner@stblaw.com
scraig@stblaw.com
robert.arnay@stblaw.com
jonathan.kaplan@stblaw.com

*Counsel for The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut*

Shane R. Heskin, Esq.
Adam M. Berardi, Esq.
Sara C. Tilitz, Esq.
White and Williams
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
heskins@whiteandwilliams.com
walshr@whiteandwilliams.com
berardia@whiteandwilliams.com
tilitzs@whiteandwilliams.com

*Counsel for Century Indemnity Company*

Georgia Kazakis, Esq.
William F. Greaney, Esq.
Daniel L. Russell Jr., Esq.
Timothy D. Greszler, Esq.
Edward H. Rippey, Esq.
Seth Tucker, Esq.
Kevin T. Barnett, Esq.
Margaret H. Brennan, Esq.
Richard Laird Hart, Esq.
Teresa Lewi, Esq.

Cyril Djoukeng, Esq.
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
gkazakis@cov.com
wgreaney@cov.com
drussell@cov.com
tgreszler@cov.com
erippey@cov.com
stucker@cov.com
kbarnett@cov.com
mbrennan@cov.com
rlhart@cov.com
tlewi@cov.com
cdjoukeng@cov.com

*Counsel for Northrop Grumman Corporation and Northrop Grumman Systems Corporation*