Via ECF                                                                                                  August 21, 2023

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *The Travelers Indem. Co., et al. v. Northrop Grumman Corp., et al.*,
              Case No. 16-civ-8778-LGS [rel. 1:12-cv-03040-KBF]

Dear Judge Schofield:

Pursuant to the Court's October 12, 2022 Order (ECF 469) ("Stay Order"), we write on behalf of The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut ("Travelers"), Century Indemnity Company ("Century"), and Northrop Grumman Corporation and Northrop Grumman Systems Corporation ("NG") (collectively, "the Parties"), to provide an update regarding the status of the underlying *Romano* lawsuit. This is the seventh status letter in response to the Stay Order.

Consistent with the Parties' statements in their November 25 letter (ECF 472), the below is NG's status summary of the *Romano* lawsuit:

1. There have been no developments in the *Romano* litigation since the parties' prior status letter, submitted on July 10, 2023.

2. As noted in the July 10 status letter, the parties completed briefing the *Romano* plaintiffs' class certification motion and the parties' *Daubert* motions related to class certification experts. The completed briefing papers were filed with the court on June 7, 2023.

3. As previously noted, the *Romano* court did not establish any deadlines for any proceedings after the completion of this briefing. Thus, there are no existing case deadlines at this time.

In accordance with the Stay Order, the Parties will file the next status letter regarding the *Romano* litigation on or before October 5, 2023.

Respectfully submitted,

| SIMPSON THACHER & BARTLETT LLP | COVINGTON & BURLING LLP |
|---|---|
| By: *Lynn K. Neuner* <br> Lynn K. Neuner <br> Summer Craig <br> 425 Lexington Avenue <br> New York, New York 10017-3954 <br> Tel.: (212) 455-2000 <br> Fax: (212) 455-2502 <br> lneuner@stblaw.com <br> scraig@stblaw.com | By: *Georgia Kazakis* <br> Georgia Kazakis <br> Daniel L. Russell Jr. <br> One CityCenter <br> 850 Tenth Street, NW <br> Washington, DC 20001-4956 <br> Tel: (202) 662-6000 <br> gkazakis@cov.com <br> drussell@cov.com |
| *Attorneys for Plaintiffs The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut* | *Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation* |

WHITE & WILLIAMS LLP

By: *Shane R. Heskin*
 Shane R. Heskin
 Adam M. Berardi
 1650 Market Street
 One Liberty Place, Suite 1800
 Philadelphia, PA 19103-7395
 Tel: (215) 864-6329
 Fax: (215) 399-9603
 heskins@whiteandwilliams.com
 berardia@whiteandwilliams.com

*Attorneys for Nominal Defendant Century Indemnity Company, eventual successor in interest to Insurance Company of North America*