**Via ECF**  May 20, 2024

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

   Re: *The Travelers Indem. Co., et al. v. Northrop Grumman Corp., et al.*,
      Case No. 16-civ-8778-LGS [rel. 1:12-cv-03040-KBF]

Dear Judge Schofield:

Pursuant to the Court's October 12, 2022 Order (ECF 469) ("Stay Order"), we write on behalf of The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut ("Travelers"), Century Indemnity Company ("Century"), and Northrop Grumman Corporation and Northrop Grumman Systems Corporation ("NG") (collectively, "the Parties"), to provide an update regarding the status of the underlying *Romano* lawsuit. This is the thirteenth status letter in response to the Stay Order.

Consistent with the Parties' statements in their November 25, 2022 letter (ECF 472), the below is NG's status summary of the *Romano* lawsuit:

1. There have been no developments in the *Romano* litigation since the parties' prior status letter, submitted on April 5, 2024 (ECF 488). As noted in the April 5, 2024 letter, until the mediation concludes, we expect few, if any, developments in the *Romano* litigation.

2. As noted in the July 10, 2023 status letter (ECF 480), the parties completed briefing the *Romano* plaintiffs' class certification motion and the parties' *Daubert* motions related to class certification experts. The completed briefing papers were filed with the court on June 7, 2023.

3. As noted in the February 20, 2024 status letter (ECF 487), in January 2024 the parties agreed to enter into mediation. In light of the anticipated mediation, the court removed the pending motions from the docket while mediation proceeds, stated it would promptly rule on the pending motions should mediation not succeed, and directed the parties to file a letter to restore the pending motions for rulings if mediation is unsuccessful. The court also scheduled a status conference for May 24, 2024.

4. As previously noted, the *Romano* court did not establish any deadlines for any proceedings after the completion of class certification briefing. Thus, there are no existing case deadlines at this time.

In accordance with the Stay Order, the Parties will file the next status letter regarding the *Romano* litigation on or before July 5, 2024.

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: *Lynn K. Neuner*
    Lynn K. Neuner
    Summer Craig
    425 Lexington Avenue
    New York, New York 10017-3954
    Tel.: (212) 455-2000
    Fax: (212) 455-2502
    lneuner@stblaw.com
    scraig@stblaw.com

*Attorneys for Plaintiffs The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut*

COVINGTON & BURLING LLP

By: *Georgia Kazakis*
    Georgia Kazakis
    Daniel L. Russell Jr.
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001-4956
    Tel: (202) 662-6000
    gkazakis@cov.com
    drussell@cov.com

*Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation*

WHITE & WILLIAMS LLP

By: *Shane R. Heskin*
    Shane R. Heskin
    Adam M. Berardi
    1650 Market Street
    One Liberty Place, Suite 1800
    Philadelphia, PA 19103-7395
    Tel: (215) 864-6329
    Fax: (215) 399-9603
    heskins@whiteandwilliams.com
    berardia@whiteandwilliams.com

*Attorneys for Nominal Defendant Century Indemnity Company, eventual successor in interest to Insurance Company of North America*