**Via ECF**  July 3, 2024

Hon. Lorna G. Schofield  
United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

      Re:    *The Travelers Indem. Co., et al. v. Northrop Grumman Corp., et al.*,  
              Case No. 16-civ-8778-LGS [rel. 1:12-cv-03040-KBF]

Dear Judge Schofield:

Pursuant to the Court's October 12, 2022 Order (ECF 469) ("Stay Order"), we write on behalf of The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut ("Travelers"), Century Indemnity Company ("Century"), and Northrop Grumman Corporation and Northrop Grumman Systems Corporation ("NG") (collectively, "the Parties"), to provide an update regarding the status of the underlying *Romano* lawsuit. This is the fourteenth status letter in response to the Stay Order.

Consistent with the Parties' statements in their November 25, 2022 letter (ECF 472), the below is NG's status summary of the *Romano* lawsuit:

1. On May 24, 2024, the *Romano* court held a telephonic status conference. The parties reported that mediation is progressing and multiple mediation sessions are scheduled over the next few months. The court scheduled a further telephonic conference on September 30, 2024.

2. There have been no other developments in the *Romano* litigation since the parties' prior status letter, submitted on May 20, 2024 (ECF 489). As previously noted, until the mediation concludes, we expect few, if any, developments in the *Romano* litigation.

3. As noted in the July 10, 2023 status letter (ECF 480), the parties completed briefing the *Romano* plaintiffs' class certification motion and the parties' *Daubert* motions related to class certification experts. The completed briefing papers were filed with the court on June 7, 2023.

4. As noted in the February 20, 2024 status letter (ECF 487), in January 2024 the parties agreed to enter into mediation. In light of the anticipated mediation, the court removed the pending motions from the docket while mediation proceeds, stated it would promptly rule on the pending motions should mediation not succeed, and directed the parties to file a letter to restore the pending motions for rulings if mediation is unsuccessful.

5. As previously noted, the *Romano* court did not establish any deadlines for any proceedings after the completion of class certification briefing. Thus, there are no existing case deadlines at this time.

In accordance with the Stay Order, the Parties will file the next status letter regarding the *Romano* litigation on or before August 19, 2024.

Respectfully submitted,

| SIMPSON THACHER & BARTLETT LLP | COVINGTON & BURLING LLP |
|---|---|
| By: *Lynn K. Neuner* <br>    Lynn K. Neuner <br>    Summer Craig <br>    425 Lexington Avenue <br>    New York, New York 10017-3954 <br>    Tel.: (212) 455-2000 <br>    Fax: (212) 455-2502 <br>    lneuner@stblaw.com <br>    scraig@stblaw.com | By: *Georgia Kazakis* <br>    Georgia Kazakis <br>    Daniel L. Russell Jr. <br>    One CityCenter <br>    850 Tenth Street, NW <br>    Washington, DC 20001-4956 <br>    Tel: (202) 662-6000 <br>    gkazakis@cov.com <br>    drussell@cov.com |
| *Attorneys for Plaintiffs The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut* | *Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation* |

WHITE & WILLIAMS LLP

By: *Shane R. Heskin*
   Shane R. Heskin
   Adam M. Berardi
   1650 Market Street
   One Liberty Place, Suite 1800
   Philadelphia, PA 19103-7395
   Tel: (215) 864-6329
   Fax: (215) 399-9603
   heskins@whiteandwilliams.com
   berardia@whiteandwilliams.com

*Attorneys for Nominal Defendant Century Indemnity Company, eventual successor in interest to Insurance Company of North America*