Via ECF                                                                                                          August 29, 2025

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

      Re:    *The Travelers Indem. Co., et al v. Northrop Grumman Corp., et al.*,
              Case No. 1:16-cv-08778-LGS [rel. 1:12-cv-3040-KBF]

Dear Judge Schofield:

      In response to the Court's Order dated, July 14, 2025 (ECF 502), Defendant Northrop Grumman ("NG") respectfully submits this letter regarding the Intervenor Town of Oyster Bay ("Town") motion to unseal. Consistent with the parties' joint submission (ECF 501), on July 11, 2025, NG entered into a Stipulation with the Town to resolve this dispute, whereby the Town identified documents filed under seal and NG produced those documents to the Town under the protective order in the matter of *Town of Oyster Bay v. Northrop Grumman Sys. Corp.*, No. 2:23-CV-7146-NJC-AYS, ECF No. 34 (EDNY) ("RCRA litigation"). NG and the Town also stipulated that those documents would be deemed to have also been produced in the matter of *Town of Oyster Bay v. Northrop Grumman Sys. Corp.*, 2:05-cv-01945-DG-SIL (EDNY) ("CERCLA litigation"). Finally, the Town also stipulated that it would agree to withdraw its motion to intervene and unseal after reviewing the disclosed documents to confirm compliance with the Stipulation and resolving any disagreements between the Town and NG.

      As of the deadline for this submission, the Town has not identified any additional documents currently under seal at issue. NG considers the matter resolved. Counsel for NG in the RCRA and CERCLA litigation matters has made efforts this week to reach the Town to confirm their agreement. Unfortunately those efforts did not succeed. NG expects the parties to be able to jointly advise the Court next week whether the conference currently set for September 9 will be needed. NG will promptly advise the Court as soon as possible.

Respectfully submitted,

COVINGTON & BURLING LLP

By: */s/ Daniel L. Russell Jr.*
    Daniel L. Russell Jr.
    Timothy D. Greszler
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001-4956
    Tel: (202) 662-6000
    drussell@cov.com
    tgreszler@cov.com

    *Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation*