

**ArentFox Schiff LLP**

233 South Wacker Drive
Suite 7100
Chicago, IL  60606

312.258.5500    **MAIN**
312.258.5600    **FAX**

afslaw.com

**Matthew F. Prewitt**
Partner
312.258.5583    **DIRECT**
matthew.prewitt@afslaw.com

September 1, 2025

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

Re:   *The Travelers Indem. Co. et al. v. Northrop Grumman Corp, et al.*,
      Case No. 1:16-cv-8778-LGS [rel. 1:12-cv-3040-KBF]

Dear Judge Schofield:

      Our firm represents the Town of Oyster Bay (the "Town") as an intervenor in the above-styled case, an insurance coverage dispute between Defendant Northrop Grumman Corp. ("Northrop Grumman") and its insurers (the "Insurance Litigation"). The Insurance Litigation before this Court arises from Northrop Grumman's extensive environmental contamination of the Town and neighboring communities. The Town seeks copies of certain of Northrop Grumman's sealed court filings in the Insurance Litigation concerning Northrop Grumman's contamination of the Town. The Town submits this letter in response to Northrop Grumman's August 29, 2025 letter to the Court (ECF 503).

      In its August 29 letter to the Court, Northrop Grumman asserts that the Town's request for the sealed court filings has now been resolved. This is not correct. Although Northrop Grumman has provided to the Town copies of some of the sealed court filings, Northrop Grumman has not yet completed its disclosure. Several of the filings as provided to the Town by Northrop Grumman appear to have missing pages or other gaps, and the contents of what has been produced reveal other additional parts of the sealed record that are directly relevant and have not been produced. Before Northrop Grumman submitted its August 29 letter, the Town requested to meet and confer with Northrop Grumman on these issues along with various other issues in the Town's environmental litigation against Northrop Grumman, pending in the Eastern District of New York.[1]

      The Town has made every possible effort to resolve these issues without the Court's assistance. This matter is set for a conference before the Court on September 9, 2025. That

---

[1] Northrop Grumman's defense counsel in the Town's environmental litigation against Northrop Grumman have been principally responsible for addressing the Town's request to intervene in the Insurance Litigation, even though they are not counsel of record in the Insurance Litigation.

AFSDOCS:303626693.1



September 1, 2025
Page 2

conference has been adjourned twice previously by agreement of the Town and Northrop Grumman to allow Northrop Grumman sufficient time to complete its disclosure of the sealed records to the Town. The Town respectfully requests that, if Northrop Grumman and the Town have been unable to resolve the remaining document issues by Friday, September 5, then the Court should proceed with the conference on September 9 as currently scheduled.

The Town needs the sealed documents from the Insurance Litigation to support the Town's environmental claims against Northrop Grumman. One of the areas most severely impacted by Northrop Grumman's contamination – a youth baseball field and surrounding parkland – has been fenced off and unremediated for over twenty years. The Town is eager to conclude the matter before this Court and for Northrop Grumman to complete its disclosures. Before moving to intervene in the Insurance Litigation before this Court, the Town repeatedly requested many of these same documents through discovery in the related environmental litigation and received repeated assurances from Northrop Grumman's counsel that the documents either did not exist, were unavailable, or were irrelevant.

Northrop Grumman's disclosures to the Town to date have demonstrated that the exact opposite is true and that the filings under seal with this Court are in fact highly probative of the Town's environmental claims against Northrop Grumman. Further, the newly produced attorney declarations have revealed more relevant Northrop Grumman filings that also are improperly under seal in the Insurance Litigation.

The Town expects that these issues will be resolved without further assistance of the Court, and the Town will work diligently to do so. The Town will report to the Court on Friday, September 5, whether the Town requests to proceed with the currently scheduled conference before this Court on September 9.

Respectfully submitted,
/s/ Matthew F. Prewitt

Matthew F. Prewitt

cc:     All counsel of record via ECF
        Grant Esposito, Esq. (via email)
        Mark Chertok, Esq. (via email)

AFSDOCS:303626693.1