

**ArentFox Schiff LLP**

233 South Wacker Drive
Suite 7100
Chicago, IL  60606

312.258.5500   **MAIN**
312.258.5600   **FAX**

afslaw.com

September 5, 2025

**VIA ECF**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1106
New York, NY 10007

J. Michael Showalter
Partner
312.258.5561   **DIRECT**
j.michael.showalter@afslaw.com

**Reference Number**
451004.00000

Re: *The Travelers Indem. Co. et al. v. Northrop Grumman Corp, et al.*,
Case No. 1:16-cv-8778-LGS [rel. 1:12-cv-3040-KBF]

Dear Judge Schofeld:

On September 1, 2025, the Town of Oyster Bay (the "Town") wrote to the Court indicating that discussions between Northrop Grumman ("Grumman") and the Town were continuing related to potential resolution of the Town's Motion to Unseal portions of the record in this case which, in the Town's view, were sealed inappropriately.

Based on representations of Grumman's counsel that certain documents remaining under seal would be produced to the Town subject to the confidentiality order in ongoing litigation between the Town and Grumman in the Eastern District of New York styled *Town of Oyster Bay v. Northrop Grumman Sys. Corp.*, No. 2:23-CV-7146-NJC-AYS, the Town hereby withdraws its Motion to Unseal (ECF No. 495) as moot and the Town requests that the Court's hearing currently scheduled for September 9, 2025 at 3 p.m. be stricken for the same reason.

Sincerely,

/s/ J. Michael Showalter

J. Michael Showalter

Cc:  All counsel of record (via ECF)
    Grant Esposito, Esq. (via email)
    Mark Chertok, Esq. (via email)

Application **GRANTED**.  The conference scheduled for September 9, 2025, at 3:00 P.M. is **CANCELED**.

Dated: September 8, 2025
    New York, New York

*[signature]*

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

SHDOCS:220935236.1