Via ECF                                                                                          September 29, 2025

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *The Travelers Indem. Co., et al. v. Northrop Grumman Corp., et al.*,
              Case No. 16-civ-8778-LGS [rel. 1:12-cv-03040-KBF]

Dear Judge Schofield:

Pursuant to the Court's October 12, 2022 Order (ECF 469) ("Stay Order"), and the Court's July 9, 2024 Order amending the Stay Order (ECF 491), we write on behalf of The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut ("Travelers"), Century Indemnity Company ("Century"), and Northrop Grumman Corporation and Northrop Grumman Systems Corporation ("NG") (collectively, "the Parties"), to provide an update regarding the status of the underlying *Romano* lawsuit. This is the nineteenth status letter in response to the Stay Order.

Consistent with the Parties' statements in their November 25, 2022 letter (ECF 472), the below is NG's status summary of the *Romano* lawsuit:

1. As noted in the July 10, 2023 status letter (ECF 480), the parties completed an initial round of briefing the *Romano* plaintiffs' class certification motion and the parties' *Daubert* motions related to class certification experts. Those papers were filed with the court on June 7, 2023.

2. As noted in the February 20, 2024 status letter (ECF 487), in January 2024 the parties agreed to enter into mediation. That mediation is ongoing.

3. In light of the mediation, the court removed the pending motions from the docket, stated it would promptly rule on the pending motions should mediation not succeed, and directed the parties to file a letter to restore the pending motions for rulings if mediation is unsuccessful.

4. On April 7, 2025, the parties submitted a joint status report. The parties noted mediation is ongoing but requested adoption of a scheduling order for supplemental briefing on the plaintiffs' class certification motion and the parties' *Daubert* motions related to class certification experts, as well as expert discovery, while mediation efforts continue.

5. On April 9, the court adopted the parties' proposed schedule, under which the deadline for the parties to file fully-briefed motions is November 17, 2025.

In accordance with the Stay Order, as amended, the Parties will file the next status letter regarding the *Romano* litigation on or before December 29, 2025.

Respectfully submitted,

| SIMPSON THACHER & BARTLETT LLP | COVINGTON & BURLING LLP |
|---|---|
| By: *Lynn K. Neuner*<br>    Lynn K. Neuner<br>    Summer Craig<br>    425 Lexington Avenue<br>    New York, New York 10017-3954<br>    Tel.: (212) 455-2000<br>    Fax: (212) 455-2502<br>    lneuner@stblaw.com<br>    scraig@stblaw.com | By: *Daniel L. Russell Jr.*<br>    Georgia Kazakis<br>    Daniel L. Russell Jr.<br>    One CityCenter<br>    850 Tenth Street, NW<br>    Washington, DC 20001-4956<br>    Tel: (202) 662-6000<br>    gkazakis@cov.com<br>    drussell@cov.com |
| *Attorneys for Plaintiffs The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut* | *Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation* |

WHITE & WILLIAMS LLP

By:  *Adam M. Berardi*
    Adam M. Berardi
    1650 Market Street
    One Liberty Place, Suite 1800
    Philadelphia, PA 19103-7395
    Tel: (215) 864-7155
    Fax: (215) 399-9616
    berardia@whiteandwilliams.com

*Attorneys for Nominal Defendant Century Indemnity Company, eventual successor in interest to Insurance Company of North America*