**Via ECF**                                                                June 29, 2026

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> Re:    ***The Travelers Indem. Co., et al. v. Northrop Grumman Corp., et al.*,**
> **Case No. 16-civ-8778-LGS [rel. 1:12-cv-03040-KBF]**

Dear Judge Schofield:

Pursuant to the Court's October 12, 2022 Order (ECF 469) ("Stay Order"), and the Court's July 9, 2024 Order amending the Stay Order (ECF 491), we write on behalf of The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut ("Travelers"), Century Indemnity Company ("Century"), and Northrop Grumman Corporation and Northrop Grumman Systems Corporation ("NG") (collectively, "the Parties"), to provide an update regarding the status of the underlying *Romano* lawsuit. This is the twenty-second status letter in response to the Stay Order.

Consistent with the Parties' statements in their November 25, 2022 letter (ECF 472), the below is NG's status summary of the *Romano* lawsuit:

1.  As noted in the July 10, 2023 status letter (ECF 480), the parties completed an initial round of briefing the *Romano* plaintiffs' class certification motion and the parties' *Daubert* motions related to class certification experts. Those papers were filed with the court on June 7, 2023.

2.  As noted in the February 20, 2024 status letter (ECF 487), in January 2024 the parties agreed to enter into mediation. That mediation is ongoing.

3.  On April 7, 2025, the parties submitted a joint status report. The parties noted mediation is ongoing but requested adoption of a scheduling order for supplemental briefing on the plaintiffs' class certification motion and the parties' *Daubert* motions related to class certification experts, as well as expert discovery, while mediation efforts continue.

4.  On April 14 and 15, 2026, after modifications to the scheduling order, the parties filed supplemental briefing on the plaintiffs' class certification motion and the related *Daubert* motions. Thereafter, NG renewed its motion requesting oral argument on class certification and a *Daubert* hearing, which the plaintiffs opposed. All of these motions are now fully briefed and pending before Magistrate Judge Steven Tiscione.

5.  On April 24, 2026, following briefing and a hearing on plaintiffs' motion to partially lift the stay in certain personal injury cases, the court denied plaintiffs' motion, and the stay remains in place as to all personal injury matters.

6.  At present, the court has not established any further deadlines or set any additional hearings.

In accordance with the Stay Order, as amended, the Parties will file the next status letter regarding the *Romano* litigation on or before September 28, 2026.

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: *Lynn K. Neuner*
    Lynn K. Neuner
    Summer Craig
    425 Lexington Avenue
    New York, NY 10017-3954
    Tel.: (212) 455-2000
    Fax: (212) 455-2502
    lneuner@stblaw.com
    scraig@stblaw.com

*Attorneys for Plaintiffs The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut*

COVINGTON & BURLING LLP

By: *Daniel L. Russell Jr.*
    Daniel L. Russell Jr.
    Timothy D. Greszler
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001-4956
    Tel: (202) 662-6000
    drussell@cov.com
    tgreszler@cov.com

*Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation*

WHITE & WILLIAMS LLP

By: *Adam M. Berardi*
    Adam M. Berardi
    1650 Market Street
    One Liberty Place, Suite 1800
    Philadelphia, PA 19103-7395
    Tel: (215) 864-7155
    Fax: (215) 399-9616
    berardia@whiteandwilliams.com

*Attorneys for Nominal Defendant Century Indemnity Company, eventual successor in interest to Insurance Company of North America*

2