**Via ECF** September 28, 2026

Hon. Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Re:** ***The Travelers Indem. Co., et al. v. Northrop Grumman Corp., et al.*, Case No. 16-civ-8778-LGS [rel. 1:12-cv-03040-KBF]**

Dear Judge Schofield:

Pursuant to the Court's October 12, 2022 Order (ECF 469) ("Stay Order"), and the Court's July 9, 2024 Order amending the Stay Order (ECF 491), we write on behalf of The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut ("Travelers"), Century Indemnity Company ("Century"), and Northrop Grumman Corporation and Northrop Grumman Systems Corporation ("NG") (collectively, "the Parties"), to provide an update regarding the status of the underlying *Romano* lawsuit. This is the twenty-third status letter in response to the Stay Order.

Consistent with the Parties' statements in their November 25, 2022 letter (ECF 472), the below is NG's status summary of the *Romano* lawsuit:

1. As noted in the July 10, 2023 status letter (ECF 480), the parties completed initial briefing on the *Romano* plaintiffs' class certification motion and the parties' *Daubert* motions related to class certification experts in summer 2023.
2. As noted in the February 20, 2024 status letter (ECF 487), in January 2024 the parties agreed to enter into mediation, which remains ongoing.
3. On April 7, 2025, the parties jointly advised the court that mediation was continuing, but requested adoption of a scheduling order for supplemental briefing on the plaintiffs' class certification motion, the parties' related *Daubert* motions, and expert discovery.
4. On April 14 and 15, 2026, the parties filed supplemental briefing on the plaintiffs' class certification motion and related *Daubert* motions.
5. On April 24, 2026, following briefing and a hearing on plaintiffs' motion to partially lift the stay in certain personal injury cases, the court denied plaintiffs' motion, and the stay remains in place as to all personal injury matters.
6. On September 4, 2026, the parties filed a joint letter advising that they are scheduling a mediation session for fall 2026. The parties requested that the court defer ruling on the pending class certification motion and related *Daubert* motions until at least December 18, 2026, to allow the parties a meaningful opportunity to pursue resolution.
7. On September 17, 2026, following a telephonic conference, the court granted the parties' joint request and denied the class certification and related *Daubert* motions as moot, with leave to reopen if mediation proves unsuccessful.
8. The parties are to file a joint status report on mediation efforts by December 18, 2026.

In accordance with the Stay Order, as amended, the Parties will file the next status letter regarding the *Romano* litigation on or before December 28, 2026.

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: *Lynn K. Neuner*
Lynn K. Neuner
Summer Craig
425 Lexington Avenue
New York, NY 10017-3954
Tel.: (212) 455-2000
Fax: (212) 455-2502
lneuner@stblaw.com
scraig@stblaw.com

*Attorneys for Plaintiffs The Travelers Indemnity Company and The Travelers Indemnity Company of Connecticut*

COVINGTON & BURLING LLP

By: *Daniel L. Russell Jr.*
Daniel L. Russell Jr.
Timothy D. Greszler
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: (202) 662-6000
drussell@cov.com
tgreszler@cov.com

*Attorneys for Defendants Northrop Grumman Corporation and Northrop Grumman Systems Corporation*

WHITE & WILLIAMS LLP

By: *Adam M. Berardi*
Adam M. Berardi
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
Tel: (215) 864-7155
Fax: (215) 399-9616
berardia@whiteandwilliams.com

*Attorneys for Nominal Defendant Century Indemnity Company, eventual successor in interest to Insurance Company of North America*